# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OLIVER BARROS,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS,<br><br>        Respondent. | 1:10-cv-00029 LJO MJS HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION<br><br>[Doc. 10] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 6, 2010, Petitioner filed a petition for writ of habeas corpus. (Pet. (Doc. 1)) On June 24, 2010, Petitioner filed the instant motion to amend the petition along with a first amended petition. (Mot. & Am. Pet. (Docs. 9-10)) Petitioner seeks to address issues raised by the Ninth Circuit Court of Appeal in <u>Hayward v. Marshall</u>, 603 F.3d 546 (9th Cir. 2010) decided after his original petition was filed.

Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

1  Petitioner may amend as a matter of course up to 21 days after service of a responsive
2  pleading or motion. Respondent has yet to file a response. Accordingly, Petitioner's motion to
3  file an amended petition is GRANTED.
4
5
6  IT IS SO ORDERED.
7  Dated:   June 25, 2010             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE