# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OLIVER BARROS, | 1:10-cv-00029 LJO MJS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION |
| v. | |
| DERRAL G. ADAMS, | [Doc. 17] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 6, 2010, Petitioner filed a petition for writ of habeas corpus. (Pet., ECF No. 1.) On June 24, 2010, Petitioner filed a motion to amend the petition along with a first amended petition. (Mot. & Am. Pet., ECF Nos. 9-10.) The Court granted the motion to amend on June 28, 2010. (Order; ECF No. 11.) On August 5, 2010, Petitioner filed a motion for leave to file a second amended petition along with the second amended petition. (Second Mot. to Am. & Second Am. Pet., ECF Nos. 17-18.) Petitioner seeks to address issues raised by the Ninth Circuit Court of Appeal in Pearson v. Muntz, 606 F.3d 606 (9th Cir. 2010) decided after his original petition was filed.

///

1  Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

2  (2) **Other Amendments**. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should
3  freely give leave when justice so requires.

4  Petitioner desires to amend his petition to address new case law; the same operative
5  facts and claims are at issue. Respondent has yet to file a response and will not be prejudiced
6  by such amendment. The Court is to freely give leave in the interest of justice. Accordingly,
7  Petitioner's motion to file a second amended petition is granted.

8  Respondent was previously instructed to respond to the petition. If Respondent
9  requires further time to respond to arguments presented in the second amended petition, he
10 may request additional time for good cause by way of a motion for extension of time.

11 Petitioner's motion to file an amended petition is GRANTED. The Clerk's office is
12 hereby instructed to file the second amended petition. [Doc. 18.]

15 IT IS SO ORDERED.

16 Dated:     August 26, 2010                    /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE